UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DERYCK JACK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALCON LABORATORIES, INC.; and<br>CIBA VISION CORPORATION,<br><br>　　　　　Defendant. | Civil Action No. 1:15-cv-00389-WBH-JSA |

DEFENDANTS' CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants, ALCON LABORATORIES, INC. ("Alcon") and CIBA VISION CORPORATION ("CIBA")[1], by their attorneys and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LR 3.3, NDGa., hereby state:

(1)    The undersigned counsel of record for Defendants certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

　　　Deryck Jack;

　　　CIBA Vision Corporation, which is the parent company of Alcon

---

[1] On or about January 1, 2014, CIBA integrated with Alcon. Therefore, CIBA was not Plaintiff's employer during the relevant time period, and is not a proper defendant in this action.

Laboratories, Inc.;

Alcon Laboratories, Inc.;

Alcon Laboratories Holding Corporation; and

Novartis AG which is the ultimate indirect parent corporation of Alcon Laboratories Holding Corporation.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    For Plaintiff:    Regina S. Molden, Alec MacInnes, and Nicholas D. Bedford
                                  MOLDEN & HOLLEY, LLC

    For Defendant:    Robert C. Stevens and Christina Meddin
                                  SEYFARTH SHAW LLP

                                      By:  s/ Christina Meddin
                                            Robert C. Stevens
                                            bstevens@seyfarth.com
                                            Christina Meddin
                                            cmeddin@seyfarth.com

                                        SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA  30309-3958
Telephone:  (404) 885-1500
Facsimile:  (404) 892-7056

Attorneys for Defendants

DATED:  March 10, 2015

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DERYCK JACK,<br><br>        Plaintiff,<br><br>v.<br><br>ALCON LABORATORIES, INC.; and CIBA VISION CORPORATION,<br><br>        Defendant. | Civil Action No. 1:15-cv-00389-WBH-JSA |

## CERTIFICATE OF SERVICE

I certify that on March 10, 2015, I electronically filed DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system, which will automatically send electronic notification of such filing to the following attorney of record:

    Regina S. Molden
    Alec MacInnes
    Nicholas D. Bedford
    MOLDEN & HOLLEY, LLC
    Peachtree Center — Harris Tower
    233 Peachtree Street, NE
    Suite 1245 Atlanta, GA 30303

                                  s/ Christina Meddin
                                  Christina Meddin